

**FILED**

DEC **2 0** 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. _____ |
| Plaintiff, | **INFORMATION** |
| | **18 U.S.C. §§ 922(a)(1)(A) and** |
| v. | **924(a)(1)(D) – Dealing in Firearms** |
| | **Without License;** |
| BENJAMIN THOMAS BRANSFORD, | **Forfeiture Allegation: 18 U.S.C. §** |
| | **924(d)(1) and 28 U.S.C. § 2461(c) –** |
| Defendant. | **Firearms Forfeiture]** |

Case No. 23 CR 4 0 9 JFH

**THE UNITED STATES ATTORNEY CHARGES:**

From on or about March 5, 2021, to on or about June 29, 2023, the defendant,

**BENJAMIN THOMAS BRANSFORD,** who was not a licensed importer,

manufacturer, or dealer, knowingly and willfully engaged in the dealing of firearms.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and

924(a)(1)(D).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Information, as a part of his sentence, the defendant, **BENJAMIN THOMAS BRANSFORD**, shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of such offense.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

CLINTON J. JOHNSON
United States Attorney

George Jiang, Pa Bar No. 311665
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

2